x:\tc51672\appear

WDJ/ls
File No.: TC-51672

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
GUY ZAMMITT AND DEANNA ZAMMITT,

                Plaintiffs,

      -against-

ON-SITE:
7 WORLD TRADE COMPANY, L.P., A RUSSO WRECKING, INC., ABM INDUSTRIES, INC., ABM JANITORIAL NORTHEAST, INC., AMEC CONSTRUCTION MANAGEMENT, INC., AMEC EARTH & ENVIRONMENTAL INC., ANTHONY CORTESE SPECIALIZED HAULING LLC, ATLANTIC HEYDT CORP., BECHTEL ASSOCIATES PROFESSIONAL CORPORATION, BECHTEL CONSTRUCTION, INC., BECHTEL CORPORATION, BECHTEL ENVIRONMENTAL, INC., BERKEL & COMPANY, CONTRACTORS, INC., BIG APPLE WRECKING & CONSTRUCTION CORP., BOVIS LEND LEASE LMB, INC., BREEZE CARTING CORP., BREEZE NATIONAL INC., BRER-FOUR TRANSPORTATION CORP., BURO HAPPOLD CONSULTING ENGINEERS, P.C., C.B. CONTRACTING CORP., CANRON CONSTRUCTION CORP., CORD CONTRACTING CO., INC., DAKOTA DEMO-TECH, DIAMOND POINT EXCAVATING CORP., DIEGO CONSTRUCTION, INC., DIVERSIFIED CARTING, INC., DMT ENTERPRISE, INC., D'ONOFRIO GENERAL CONTRACTORS CORP., EAGLE LEASING & INDUSTRIAL SUPPPLY, INC., EAGLE ONE ROOFING CONTRACTORS INC., EJ DAVIES, INC., EN-TECH CORP., EVERGREEN RECYCLING OF CORONA (EROC), EWELL W. FINLEY, P.C., EXECUTIVE MEDICAL SERVICES, P.C., FLEET TRUCKING, INC., FRANCIS A. LEE EXTERIOR RESTORATION, INC., FTI TRUCKING,

NOTICE OF
APPEARANCE

06 CV 15155

INC., GILSANZ, MURRAY & STEFICEK, LLP, GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC, HALLEN WELDING SERVICE, INC., H.P. ENVIRONMENTAL, KOCH SKANSKA INC., LAQUILA CONSTRUCTION INC., LASTRADA GENERAL CONTRACTING CORP., LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEERS P.C., LIBERTY MUTUAL GROUP, LOCKWOOD, KESSLER & BARTLETT, INC., LUCIUS PITKIN, INC., LZA TECH-DIV OF THORTON TOMASETTI, MANAFORT BROTHERS INCORPORATED, MAZZOCCHI WRECKING, INC., HUDSON MERIDIAN CONSTRUCTION GROUP, LLC F/K/A MERIDIAN CONSTRUCTION CORP., MORETRENCH AMERICAN CORP., MRA ENGINEERING, PC, MUESER RUTLEDGE CONSULTING ENGINEERS, INC., NACIREMA INDUSTRIES INCORPORATED, NEW YORK CRANE & EQUIPMENT CORP., NICHOLSON CONSTRUCTION COMPANY, PETER SCALA MANDRE & SONS, INC., PINNACLE ENVIRONMENTAL CORP., PLAZA CONSTRUCTION CORP., PORT AUTHORITY OF NEW YORK AND NEW JERSEY, PRO SAFETY SERVICES LLC., PT&L CONTRACTING CORP., ROBER SILMAN ASSOCIATES, ROBERT L. GEROSA, INC., RODAR ENTERPRISES, INC., ROYAL GM, INC, SAB TRUCKING INC., SAFEWAY ENVIRONMENTAL CORP., SEASONS INDUSTRIAL CONTRACTING, SEMCOR EQUIPMENT & MANUFACTURING CORP., SILVERITE CONTRACTING CORPORATION, SIMPSON GUMPERTZ & HEGER INC., SKIDMORE, OWING & MERRILL LLP, SURVIVAIR, TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN, TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, TISHMAN INTERIORS CORPORATION, TISHMAN SPEYER PROPERTIES, THORTON-TOMASETTI GROUP, INC., TORRETTA TRUCKING, INC., TOTAL SAFETY CONSULTING, L.L.C., TUCCI EQUIPMENT RENTAL CORP., TULLY CONSTRUCTION CO., INC., TURNER CONSTRUCTION COMPANY, ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE), VERIZON NEW YORK INC., VOLLMER ASSOCIATES LLP, WEEKS MARINE, INC., WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C.,

WHITNEY CONTRACTING INC., WOLKOW-BRAKER ROOFING CORP., WORLD TRADE CENTER PROPERTIES LLC, WSP CANTOR SEINUK, YANNUZZI & SONS, INC., YONKERS CONTRACTING COMPANY, INC., YORK HUNTER CONSTRUCTION, LLC, ZIEGENFUSS DRILLING, INC.,
OFF-SITE:
ALAN KASMAN DBA KASCO, AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., ANN TAYLOR STORES CORPORATION, BATTERY PARK CITY AUTHORITY, BFP ONE LIBERTY PLAZA CO., LLC, BFP TOWER C CO. LLC., BFP TOWER C MM LLC., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC, ENVIROTECH CLEAN AIR, INC., GENERAL RE SERVICES CORP.,GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVIVCES CO., LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC., MCCLIER CORPORATION, MERRILL LYNCH & CO, INC., NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NEW LIBERTY PLAZA LP, NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION, NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE LIBERTY PLAZA, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), TOSCORP INC., TRAMMELL CROW COMPANY, TRAMMELL CROW CORPORATE SERVICES, INC., TUCKER ANTHONY, INC., WESTON SOLUTIONS, INC., WFP

ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY
PLAZA, CO. GP, CORP., WFP RETAIL CO. G.P. CORP.,
WFP RETAIL CO. L.P., WFP TOWER A CO., WFP
TOWER A CO. G.P. CORP., WFP TOWER A CO., L.P.,
WFP TOWER B CO. G.P. CORP., WFP TOWER B
HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP
TOWER D CO. G.P. CORP, WFP TOWER D HOLDING
CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP
TOWER D HOLDING I G.P. CORP., WFP TOWER D.
CO., L.P., AND WORLD FINANCIAL PROPERTIES,
L.P., ET AL,

                          Defendants.
-------------------------------------------------------------------------X

COUNSELORS:

   PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC., hereby appear in the above entitled action, and that the undersigned have been

retained as attorneys for said defendant and demand that copies of all papers in this action

be served upon the undersigned at the office and address stated below:

Dated: New York, New York
       July 12, 2007

                                        _____
                                        WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                                        BARRY, McTIERNAN & MOORE
                                        Attorneys for Defendants
                                        STRUCTURE TONE, INC. s/h/a
                                        STRUCTURE TONE (UK), INC. and
                                        STRUCTURE TONE GLOBAL SERVICES, INC.
                                        2 Rector Street – 14th Floor
                                        New York, New York  10006
                                        (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York  10006
(212) 267-3700