Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
NATIONAL ASSOCIATION OF SECURITIES DEALERS,
INC., NASDAQ STOCK MARKET, INC., THE AMERICAN
STOCK   EXCHANGE,   LLC,   AMERICAN   STOCK
EXCHANGE   CLEARING   LLC,   AMERICAN   STOCK
EXCHANGE REALTY ASSOCIATES LLC and NEW YORK
CITY     INDUSTRIAL     DEVELOPMENT     AGENCY
(REGARDING   PROPERTIES   LOCATED   1   LIBERTY
PLAZA, NEW YORK, NEW YORK   AND 78/86 TRINITY
PLACE, NEW YORK, NEW YORK, ONLY)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X   21 MC 103 (AKH)

GUY ZAMMITT (AND WIFE, DEANNA ZAMMITT),                Docket No.: 06-CV-15155

                              Plaintiff(s),            **NOTICE OF ADOPTION OF
                                                       ANSWER TO MASTER
        -against-                                      COMPLAINT**

ALAN KASMAN DBA KASCO, *et al.*,                       **ELECTRONICALLY FILED**

                              Defendant(s).
----------------------------------------------------------------------X


        PLEASE TAKE NOTICE that Defendants, NATIONAL ASSOCIATION OF SECURITIES

DEALERS, INC., NASDAQ STOCK MARKET, INC., THE AMERICAN STOCK EXCHANGE, LLC,

AMERICAN STOCK EXCHANGE CLEARING LLC, AMERICAN STOCK EXCHANGE REALTY

ASSOCIATES LLC and NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY

(REGARDING PROPERTIES LOCATED 1 LIBERTY PLAZA, NEW YORK, NEW YORK  AND

78/86 TRINITY PLACE, NEW YORK, NEW YORK, ONLY), by their attorneys, McGIVNEY &

KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption

(Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby

adopt their Answer to Master Complaint dated August 10, 2007, which was filed in the matter of *In Re

World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

WHEREFORE, the defendants, NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NASDAQ STOCK MARKET, INC., THE AMERICAN STOCK EXCHANGE, LLC, AMERICAN STOCK EXCHANGE CLEARING LLC, AMERICAN STOCK EXCHANGE REALTY ASSOCIATES LLC and NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY (REGARDING PROPERTIES LOCATED 1 LIBERTY PLAZA, NEW YORK, NEW YORK  AND 78/86 TRINITY PLACE, NEW YORK, NEW YORK, ONLY)., by their attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated:  New York, New York
        October 3, 2007

                                        Yours etc.,

                                        McGIVNEY & KLUGER, P.C.
                                        Attorneys for Defendants
                                        NATIONAL   ASSOCIATION   OF   SECURITIES
                                        DEALERS, INC., NASDAQ STOCK MARKET, INC.,
                                        THE  AMERICAN  STOCK  EXCHANGE,  LLC,
                                        AMERICAN STOCK EXCHANGE CLEARING LLC,
                                        AMERICAN   STOCK   EXCHANGE   REALTY
                                        ASSOCIATES  LLC  and  NEW  YORK  CITY
                                        INDUSTRIAL    DEVELOPMENT    AGENCY
                                        (REGARDING PROPERTIES LOCATED 1 LIBERTY
                                        PLAZA, NEW YORK, NEW YORK  AND 78/86
                                        TRINITY PLACE, NEW YORK, NEW YORK, ONLY)

                                        By: _____
                                            Richard E. Leff (RL-2123)
                                            80 Broad Street, 23rd Floor
                                            New York, New York 10004
                                            (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel

2