x:\tc51672\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
---------------------------------------------------------------X
GUY ZAMMITT AND DEANNA ZAMMITT,

     Plaintiffs,

  -against-

ON-SITE:
7 WORLD TRADE COMPANY, L.P., A RUSSO WRECKING, INC., ABM INDUSTRIES, INC., ABM JANITORIAL NORTHEAST, INC., AMEC CONSTRUCTION MANAGEMENT, INC., AMEC EARTH & ENVIRONMENTAL INC., ANTHONY CORTESE SPECIALIZED HAULING LLC, ATLANTIC HEYDT CORP., BECHTEL ASSOCIATES PROFESSIONAL CORPORATION, BECHTEL CONSTRUCTION, INC., BECHTEL CORPORATION, BECHTEL ENVIRONMENTAL, INC., BERKEL & COMPANY, CONTRACTORS, INC., BIG APPLE WRECKING & CONSTRUCTION CORP., BOVIS LEND LEASE LMB, INC., BREEZE CARTING CORP., BREEZE NATIONAL INC., BRER-FOUR TRANSPORTATION CORP., BURO HAPPOLD CONSULTING ENGINEERS, P.C., C.B. CONTRACTING CORP., CANRON CONSTRUCTION CORP., CORD CONTRACTING CO., INC., DAKOTA DEMO-TECH, DIAMOND POINT EXCAVATING CORP., DIEGO CONSTRUCTION, INC., DIVERSIFIED CARTING, INC., DMT ENTERPRISE, INC., D'ONOFRIO GENERAL CONTRACTORS CORP., EAGLE LEASING & INDUSTRIAL SUPPLY, INC.,

**NOTICE OF ADOPTION**

06 CV 15155

EAGLE ONE ROOFING CONTRACTORS INC., EJ DAVIES, INC., EN-TECH CORP., EVERGREEN RECYCLING OF CORONA (EROC), EWELL W. FINLEY, P.C., EXECUTIVE MEDICAL SERVICES, P.C., FLEET TRUCKING, INC., FRANCIS A. LEE EXTERIOR RESTORATION, INC., FTI TRUCKING, INC., GILSANZ, MURRAY & STEFICEK, LLP, GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC, HALLEN WELDING SERVICE, INC., H.P. ENVIRONMENTAL, KOCH SKANSKA INC., LAQUILA CONSTRUCTION INC., LASTRADA GENERAL CONTRACTING CORP., LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEERS P.C., LIBERTY MUTUAL GROUP, LOCKWOOD, KESSLER & BARTLETT, INC., LUCIUS PITKIN, INC., LZA TECH-DIV OF THORTON TOMASETTI, MANAFORT BROTHERS INCORPORATED, MAZZOCCHI WRECKING, INC., HUDSON MERIDIAN CONSTRUCTION GROUP, LLC F/K/A MERIDIAN CONSTRUCTION CORP., MORETRENCH AMERICAN CORP., MRA ENGINEERING, PC, MUESER RUTLEDGE CONSULTING ENGINEERS, INC., NACIREMA INDUSTRIES INCORPORATED, NEW YORK CRANE & EQUIPMENT CORP., NICHOLSON CONSTRUCTION COMPANY, PETER SCALA MANDRE & SONS, INC., PINNACLE ENVIRONMENTAL CORP., PLAZA CONSTRUCTION CORP., PORT AUTHORITY OF NEW YORK AND NEW JERSEY, PRO SAFETY SERVICES LLC., PT&L CONTRACTING CORP., ROBER SILMAN ASSOCIATES, ROBERT L. GEROSA, INC., RODAR ENTERPRISES, INC., ROYAL GM, INC, SAB TRUCKING INC., SAFEWAY ENVIRONMENTAL CORP., SEASONS INDUSTRIAL CONTRACTING, SEMCOR EQUIPMENT & MANUFACTURING CORP., SILVERITE CONTRACTING CORPORATION, SIMPSON GUMPERTZ & HEGER INC., SKIDMORE, OWING & MERRILL LLP, SURVIVAIR, TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN, TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, TISHMAN INTERIORS CORPORATION, TISHMAN SPEYER PROPERTIES, THORTON-TOMASETTI GROUP, INC., TORRETTA TRUCKING, INC., TOTAL SAFETY CONSULTING, L.L.C., TUCCI EQUIPMENT RENTAL CORP., TULLY

CONSTRUCTION CO., INC., TURNER CONSTRUCTION COMPANY, ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE), VERIZON NEW YORK INC., VOLLMER ASSOCIATES LLP, WEEKS MARINE, INC., WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C., WHITNEY CONTRACTING INC., WOLKOW-BRAKER ROOFING CORP., WORLD TRADE CENTER PROPERTIES LLC, WSP CANTOR SEINUK, YANNUZZI & SONS, INC., YONKERS CONTRACTING COMPANY, INC., YORK HUNTER CONSTRUCTION, LLC, ZIEGENFUSS DRILLING, INC.,

OFF-SITE:

ALAN KASMAN DBA KASCO, AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., ANN TAYLOR STORES CORPORATION, BATTERY PARK CITY AUTHORITY, BFP ONE LIBERTY PLAZA CO., LLC, BFP TOWER C CO. LLC., BFP TOWER C MM LLC., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC, ENVIROTECH CLEAN AIR, INC., GENERAL RE SERVICES CORP., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS, INC., LEHMAN COMMERCIAL PAPER, INC., MCCLIER CORPORATION, MERRILL LYNCH & CO, INC., NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NEW LIBERTY PLAZA LP, NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION, NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE LIBERTY PLAZA, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BOARD OF

MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), TOSCORP INC., TRAMMELL CROW COMPANY, TRAMMELL CROW CORPORATE SERVICES, INC., TUCKER ANTHONY, INC., WESTON SOLUTIONS, INC., WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY PLAZA, CO. GP, CORP., WFP RETAIL CO. G.P. CORP., WFP RETAIL CO. L.P., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP, WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P. CORP., WFP TOWER D. CO., L.P., AND WORLD FINANCIAL PROPERTIES, L.P., ET AL,

                      Defendants.
-----------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       September 13, 2007

                                                                                                _____
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600