UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Guy Zammitt

                                      Plaintiffs,

        - against -

NOMURA HOLDING AMERICA INC. and
NOMURA SECURITIES INTERNATIONAL, INC.

et al. (see Defendants' List)

                                      Defendants.

Index No.: **06-cv-15155-AKH** (AKH)

NOTICE OF THE NOMURA PARTIES' ADOPTION OF ANSWER TO MASTER COMPLAINT

_____

1:21-MC-00102

-----------------------------------------------------------------x


**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorneys for Nomura Holding America INC. and Nomura Securities International, Inc., in this action.


Dated: November 1, 2007
       New York, New York

                          Yours, etc.

                          STRONGIN ROTHMAN & ABRAMS, LLP

                          s/ Dror M. Bikel
                          _____
                          Dror M. Bikel, ESQ.
                          Attorneys for Defendant
                          NOMURA HOLDING AMERICA, INC.
                          50 Broadway, Suite 2003
                          New York, NY 10004
                          (212) 931-8300

TO:
SEE ATTACHED SERVICE LIST

## **SERVICE LIST**

Worby Groner Edelman & Napoli Bern , LLP
*Attorneys for the*: Plaintiff(s)
*Office and Post Office Address and Telephone*
115 Broadway, Twelfth Floor
New York, NY 10006
(212) 267-3700

Robert A. Grochow, Esq.
ROBERT A. GROCHOW, P.C
233 Broadway, 5th Floor
New York, NY 10279
(212) 608-4400
rgrochow@aol.com

Gregory J. Cannata, Esq.
LAW OFFICES OF GREGORY J. CANNATA
233 Broadway, 5th Floor
New York, NY 10279
Liaison Counsel for Plaintiffs
(212) 553-9206
cannata@cannatalaw.com